IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD A. LEAVITT, ) | |
| ) | |
| Petitioner, ) | Case No. CV-93-24-S-BLW |
| ) | |
| v. ) | **CAPITAL CASE** |
| ) | |
| A.J. ARAVE, ) | **JUDGMENT** |
| ) | |
| Respondent. ) | |
| _____ ) | |

Based upon the Court's Findings of Fact and Conclusions of Law filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus shall be conditionally GRANTED in part. The Writ shall issue and the State of Idaho shall be enjoined from carrying out a death sentence against Petitioner unless it initiates a new sentencing proceeding within 120 days of the date of this Judgment.

DATED: **September 28, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**